# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### THEODORE LEVIN UNITED STATES COURTHOUSE
### 231 WEST LAFAYETTE- ROOM 219
### DETROIT, MICHIGAN 48226

(313) 234-5160

CHAMBERS OF
AVERN COHN
DISTRICT JUDGE

September 14, 2004

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D. C. 20544

Dear Committee on Financial Disclosure:

In response to your letter dated September 1, 2004, enclosed please find my Amended 2003 Financial Disclosure Report, Form AO-10.

Yours truly,

Avern Cohn

Enclosures (3 copies)

AC:nl

FINANCIAL DISCLOSURE OFFICE

2004 SEP 20 P 3: 05

RECEIVED

# HOWARD R. SIMON, C.P.A., PLC

Member - American Institute of Certified Public Accountants



September 9, 2004

Honorable Avern L. Cohn
United States District Court
219 Theodore Levin United States
  Courthouse
231 West Lafayette Blvd.
Detroit, MI 48226



Re:  Letter From Financial Disclosure Committee

Dear Judge Cohn:

Enclosed please find four copies of your amended 2003
financial disclosure report.  The report now includes corrections
as per the letter you received from the Financial Disclosure
Committee.  The corrections made are as follows:

1.  Part VII, page 1, lines 4,7,8,11, and 13 now include
    the word "Partial" in the description in column D.

2.  In Part VII, page 11, line 193(formerly line 192),
    the word "None" now appears in column B(2).

3.  The Anchor Bay bond from 2002 was inadvertantly omitted
    from your 2003 report.  It was redeemed on May 1, 2003
    and is now presented in Part VII, page 7, line 111.

Please forward 3 copies of the signed amended report to the
Committee along with a copy of this letter at your earliest
convenience.  If you have any questions, please call.

Very truly yours,



| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>COHN, AVERN L | 2. Court or Organization<br><br>U.S. DISTRICT COURT-MICHIGAN | 3. Date of Report<br><br>04/30/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-SENIOR | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date.<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>01/01/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>219 FEDERAL BUILDING<br>AND U.S. COURTHOUSE<br>DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2004 SEP 20 P 3: 05 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JP MORGAN CHASE | | None | | | SALE | 1/15 | K | E | |
| 2. AMERICAN INTL GROUP | B | Div | N | T | | | | | |
| 3. BRISTOL MYERS SQUIBB | D | Div | N | T | | | | | |
| 4. INTEL CORP | A | Div | N | T | PARTIAL DONA | VAR | L | | |
| 5. GILLETE COMPANY | B | Dividend | L | T | | | | | |
| 6. WORLCOMM | | None | | | SALE | 1/16 | J | | |
| 7. ROYAL DUTCH PETROLEUM | D | Div | N | T | PARTIAL DONA | 12/11 | L | | |
| 8. SCHLUMBERGER, LTD. | C | Div | M | T | PARTIAL DON | 12/11 | K | | |
| 9. MERCK & CO. | D | Div | N | T | PARTIAL SALE | 4/10 | K | E | |
| 10. INTERPUBLIC GROUP | | None | M | T | | | | | |
| 11. SIGMA ALDRICH CORP. | B | Dividend | M | T | PARTIAL DONA | 12/11 | K | | |
| 12. HJ HEINZ COMPANY | C | Dividend | M | T | | | | | |
| 13. KIMBERLY CLARK | D | Dividend | N | T | PARTIAL DONA | 12/11 | L | | |
| 14. WALT DISNEY CO. | A | Dividend | L | T | | | | | |
| 15. QUALCOMM INC | A | Dividend | L | T | | | | | |
| 16. GATX CORP | | None | | | SALE | 1/15 | K | A | |
| 17. GE | B | Dividend | L | T | PARTIAL SALE | 12/11 | K | A | |
| 18. HONEYWELL INTL | B | Dividend | | | SALE | 10/10 | K | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q Appraisal   R Cost (Real Estate Only)   S Assessment   T Cash/Market
(See Column C2)   U Book Value   V Other   W Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AMERICAN EXPRESS CORP | A | Dividend | K | T | | | | | |
| 20. ORACLE CORP | | None | K | T | | | | | |
| 21. CORNING INC. | | None | | | SALE | 3/11 | K | D | |
| 22. SUN MICROSYSTEMS | | None | K | T | | | | | |
| 23. CITIGROUP INC. | C | Dividend | L | T | BUY | 12/17 | L | | |
| 24. TIME WARNER INC | | None | L | T | | | | | NAME CHANGE |
| 25. BOEING | B | Dividend | L | T | | | | | |
| 26. CENDANT CORP | | None | | | SALE | 3/11 | K | A | |
| 27. ZIMMER HOLDINGGS | | None | | | SALE | 3/11 | K | E | |
| 28. ARCHER DANIELS MIDLAND | A | Dividend | K | T | | | | | |
| 29. READERS DIGEST ASSN | A | Dividend | | | SALE | 3/11 | K | A | |
| 30. JDS UNIPAHSE | | None | K | T | | | | | |
| 31. RAYTHEON NEW | B | Dividend | L | T | | | | | |
| 32. LIBERTY MEDIA A | | None | L | T | | | | | |
| 33. JOHNSON & JOHNSON | A | Dividend | L | T | | | | | |
| 34. L-3 COMM INC. | | None | | | SALE | 3/11 | K | A | |
| 35. MCDONALDS CORP | A | Dividend | | | SALE | 3/11 | J | A | |
| 36. COCA COLA CO. | B | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller, (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. IMC GLOBAL INC | A | Dividend | | | SALE | 3/11 | K | A | |
| 38. EMC CORP MA | | None | L | T | | | | | |
| 39. GENENTECH INC. | | None | | | SALE | 3/11 | K | C | |
| 40. MEDTRONICS, INC. | A | Dividend | L | T | | | | | |
| 41. COX COMMUNICATIONS | | None | K | T | | | | | |
| 42. INTERNATIONAL PAPER | B | Dividend | L | T | | | | | |
| 43. PEPSICO | A | Dividend | K | T | | | | | |
| 44. DEL MONTE FOODS | | None | | | SALE | 3/11 | J | C | |
| 45. LOCKHEED MARTIN | A | Dividend | L | T | | | | | |
| 46. DUKE ENERGY | A | Dividend | | | SALE | 12/11 | K | A | |
| 47. GEMSTAR TV GUIDE INTL INC. | | None | J | T | BUY | 2/10 | J | | |
| 48. ONE GRP HIGH YIELD BOND FUND | E | Dividend | N | T | BUY | VAR | M | | |
| 49. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | B | Dividend | L | T | BUY | 3/11 | L | | |
| 50. ISHARES TR MSCI EAFE INX FD | A | Dividend | L | T | BUY | 3/14 | L | | |
| 51. ISHARES TR S&P MIDCAP 400/BARRA VAL | A | Dividend | L | T | BUY | 3/11 | L | | |
| 52. ISHARES S&P MIDCAP 400/BARRA GR IDX | A | Dividend | L | T | BUY | 3/14 | L | | |
| 53. BAXTER INTL | A | Dividend | L | T | BUY | 4/15/ | K | | |
| 54. BAXTER INTL CORP UNIT 7% | C | Dividend | L | T | BUY | 5/7 | K | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes:  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller. (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. MICROSOFT CORP | A | Dividend | K | T | BUY | 7/17 | K | | |
| 56. SAFEWAY INC | | None | K | T | BUY | 7/17 | K | | |
| 57. NORTHFORK BANCORP | B | Dividend | K | T | BUY | 7/17 | K | | |
| 58. WASHINGTON MUTUAL INC | B | Dividend | K | T | BUY | 10/14 | K | | |
| 59. WACHOVIA CORP | B | Dividend | K | T | BUY | 10/14 | K | | |
| 60. NORTHROP GRUMMAN PFD 7.25% | C | Dividend | L | T | BUY | 10/14 | K | | |
| 61. AMGEN INC | | None | L | T | BUY | 12/17 | L | | |
| 62. PFIZER | B | Dividend | L | T | BUY | 12/17 | L | | |
| 63. CUMMINS INC | B | Dividend | L | T | BUY | 12/17 | L | | |
| 64. EMCOR GROUP INC. | | None | K | T | BUY | 12/17 | K | | |
| 65. ONE GROUP MUN M/M FUND | C | Dividend | N | T | BUY | VAR | P1 | | |
| 66. ONE GROUP MUM M/M FUND | | None | | | SALE | VAR | P1 | A | |
| 67. ONE GROUP MI MUN BOND FUND | D | Dividend | | | SALE | 3/11 | N | F | |
| 68. BANK & TR PR CTF DEP | C | Interest | L | T | BUY | 8/02 | L | | SEE NOTES IN PART VIII |
| 69. CNL BK CTF OF DEP | C | Interest | L | T | BUY | 8/02 | L | | SEE NOTE IN PART VIII |
| 70. COASTAL FED BK CTF OF DEP | C | Interest | L | T | BUY | 8/02 | L | | SEE NOTE IN PART VIII |
| 71. EQUITABLE FED SVGS BK CERT OF DEP | C | Interest | L | T | BUY | 8/02 | L | | SEE NOTE IN PART VIII |
| 72. E*TRADE BK CERT OF DEP | C | Interest | L | T | BUY | 8/02 | L | | SEE NOTE IN PART VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. BELLEVILLE NORTH VENTURE | | None | M | U | | | | | |
| 74. HUNTINGTON GARDEN APTS. | F | Rent | L | U | | | | | |
| 75. HUNTINGTON GARDEN APTS. | A | Interest | | | | | | | |
| 76. LANCASTER HILLS APTS. CO. | A | Interest | M | U | | | | | |
| 77. LANCASTER HILLS APTS. CO. | F | Rent | | | | | | | |
| 78. LONG LAKE-TELEGRAPH RD. | D | Rent | J | U | | | | | |
| 79. FRANKEL-NODLEHS | | None | K | U | | | | | |
| 80. SEAWAY TOWERS | D | Rent | | | | | | | FINAL 2003 |
| 81. BLOOMFIELD VILLAGE SQUARE | B | Int | M | U | | | | | |
| 82. BLOOMFIELD VILLAGE SQUARE | G | Rent | | | | | | | |
| 83. FERRIS PARK TOWERS | E | Rent | L | U | | | | | |
| 84. FERRIS PARK TOWERS | A | Interest | | | | | | | |
| 85. BELLEVILLE NORTH MARSH VENTURE | C | Rent | L | U | | | | | |
| 86. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 87. DIXIE PROPERTIES | E | Rent | | | | | | | |
| 88. BLOOMFIELD PLAZA, LLC | G | Rent | | | | | | | |
| 89. BLOOMFIELD PLAZA, LLC | C | Int | M | U | | | | | |
| 90. GGP LIMITED PARTNERSHIP | G | Rent | P1 | U | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. GGP LIMITED PARTNERSHIP | D | Interest | | | | | | | |
| 92. GGP LIMITED PARTNERSHIP | F | Dividend | | | | | | | |
| 93. AMY JOY VENTURE | A | None | J | U | | | | | |
| 94. EATON NURSERY SALES | E | Rent | K | U | | | | | |
| 95. WOODFORD APT. HOTEL CO. | C | Rent | K | U | | | | | |
| 96. GR MEADOWBROOK PROPERTIES, LLC | | None | L | U | | | | | |
| 97. NORTH HILL CENTER, LLC | F | Rent | L | U | | | | | |
| 98. BLOOMFIELD PLAZA II LLC | A | Interest | J | U | | | | | |
| 99. BLOOMFIELD PLAZA II LLC | F | Rent | | | | | | | |
| 100. HOLLY RESIDENTIAL LP | G | PART | M | U | | | | | |
| 101. THE THING ABOUT MEN LTD PART | A | Interest | J | U | BUY | 2003 | J | | |
| 102. BRANDON LONG LAKE LTD PART | | None | M | U | BUY | 2003 | M | | |
| 103. CEDAR SPRINGS, MI PUBLIC SCHOOLS | D | Interest | M | T | | | | | |
| 104. LIVINGSTON COUNTY MI BOND | D | Interest | | | REDEMPTION | 4/1 | N | A | |
| 105. MI STATE BLDG AUTH | D | Interest | | | REDEMPTION | 10/1 | N | A | |
| 106. LANSE CREUSE PUB SCHOOLS | D | Interest | M | T | | | | | |
| 107. MI STATE HOSP FIN AUTH | D | Interest | N | T | | | | | |
| 108. MARICOPA CO ARIZONA | D | Interest | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. GLOUCESTER MA GO | D | Interest | M | T | | | | | |
| 110. OAKLAND COUNTY MI | D | Interest | N | T | | | | | |
| 111. ANCHOR BAY, MI | A | Interest | | | REDEMPTION | 5/1 | M | A | |
| 112. ALMA, MI PUB SCHOOLS | D | Interest | M | T | | | | | |
| 113. YPSILANTI, MI | D | Interest | M | T | | | | | |
| 114. WHITE CLOUD, MI | D | Interest | M | T | | | | | |
| 115. MI STATE TRUNK LINE HOSP FIN AUTH | D | Interest | N | T | | | | | |
| 116. LANSING, MI | D | Interest | | | REDEMPTION | 5/1/ | M | A | |
| 117. MUSKEGON HTS, MI | D | Interest | N | T | | | | | |
| 118. TECUMSEH, MI SCHOOLS | D | Interest | M | T | | | | | |
| 119. MANISTEE MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 120. LAKEVIEW MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 121. HURON MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 122. ELK RAPIDS, MI SCHOOLS BOND | C | Interest | N | T | BUY | 3/26 | N | | |
| 123. GRAND RAPIDS & KENT CNTY, MI BOND | D | Interest | N | T | BUY | 4/16 | N | | |
| 124. CANTON CHARTER TWP, MI BOND | D | Interest | N | T | BUY | 3/27 | N | | |
| 125. LAKE ORION, MI SCHOOLS BOND | D | Interest | N | T | BUY | 4/17 | N | | |
| 126. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. 20% INT.-LAND-CHARLEVOIX, MI | | None | | | DONATED | 5/22 | N | | |
| 128. SPOUSES HOLDINGS: | | | | | | | | | |
| 129. EXXON/MOBIL CORP | B | Dividend | L | T | | | | | |
| 130. GE | C | Dividend | M | T | | | | | |
| 131. INTEL CORP | A | Div | M | T | | | | | |
| 132. SCHERING PLOUGH | B | Div | K | T | | | | A | |
| 133. MICROSOFT CORP. | | None | K | T | | | | | |
| 134. AMERICAN INTL GRP | A | Dividend | J | T | | | | | |
| 135. IBM | A | Dividend | K | T | | | | | |
| 136. PFIZER | B | Dividend | M | T | | | | | |
| 137. VIACOM B | | None | K | T | | | | | |
| 138. WAL MART | A | Dividend | K | T | | | | | |
| 139. FLEETBOSTON FINANCIAL | A | Dividend | K | T | | | | | |
| 140. AT&T | A | Dividend | J | T | | | | | |
| 141. PROCTER & GAMBLE | A | Dividend | K | T | | | | | |
| 142. GILLETTE | A | Dividend | K | T | | | | | |
| 143. NY TIMES CLA | A | Dividend | K | T | | | | | |
| 144. HSBC HOLDINGS PLC | | None | K | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. WRIGLEY | A | Dividend | K | T | | | | | |
| 146. DELL | | None | J | T | | | | | |
| 147. WELLS FARGO | A | Dividend | J | T | | | | | |
| 148. ASTRA ZENECA PLC | | None | J | T | | | | | |
| 149. HERSHEY FOODS CORP | A | Dividend | K | T | | | | | |
| 150. 3M | A | Dividend | K | T | | | | | |
| 151. CATERPILLAR | A | Dividend | K | T | | | | | |
| 152. HOUSEHOLD INTL | | None | J | T | | | | | |
| 153. LOCKHEED MARTIN | A | Dividend | K | T | | | | | |
| 154. AMGEN | | None | J | T | | | | | |
| 155. DIEBOLD | | None | K | T | | | | | |
| 156. EMC CORP | | None | J | T | | | | | |
| 157. JABIL CIRCUIT | | None | J | T | | | | | |
| 158. TEXAS INSTRUMENTS | | None | K | T | | | | | |
| 159. EI DUPONT | A | Dividend | J | T | | | | | |
| 160. STARBUCKS CORP | | None | J | T | | | | | |
| 161. FEDEX | A | Dividend | K | T | | | | | |
| 162. WAYNE COUNTY, MI AIRPORT | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q Appraisal | R Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U Book Value | V Other | W Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. ROMULUS, MI SCHOOLS | D | Interest | M | T | | | | | |
| 164. MI STATE TRUNK LINE | D | Interest | M | T | | | | | |
| 165. MI MUN BOND AUTH | B | Int | K | T | | | | | |
| 166. ANN ARBOR, MI DEV | B | Int | K | T | | | | | |
| 167. MARQUETTE, MI PUBLIC SCHOOLS | C | Interest | L | T | | | | | |
| 168. HOWELL, MI PUBLIC SCHOOLS | B | Interest | K | T | | | | | |
| 169. DEXTER MI SCHOOLS | C | Interest | K | T | | | | | |
| 170. MI STATE BLDG AUTH | C | Interest | L | T | | | | | |
| 171. MI STATE BLDG AUTH | D | Interest | M | T | | | | | |
| 172. FERNDALE, MI SCHOOLS | B | Interest | K | T | | | | | |
| 173. CRAWFORD AUSABLE MI SCHOOLS | D | Interest | M | T | | | | | |
| 174. GREENVILLE MI SCHOOLS | D | Interest | M | T | | | | | |
| 175. HOLT MI SCHOOLS | D | Interest | M | T | | | | | |
| 176. ROCHESTER MI SCHOOLS | D | Interest | M | T | | | | | |
| 177. LANSING, MI SCHOOLS | D | Interest | M | T | | | | | |
| 178. MI STATE GO | | None | M | T | | | | | |
| 179. DETROIT, MI WATER | | None | J | T | | | | | |
| 180. MI STATE(PRERFD) | A | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. PUERTO RICO | A | Interest | M | T | | | | | |
| 182. MI STATE HOSP | A | Interest | J | T | | | | | |
| 183. DETROIT, MI SEWER | | None | K | T | | | | | |
| 184. MI STATE GO | A | Interest | N | T | | | | | |
| 185. PUERTO RICO HWY | B | Interest | M | T | | | | | |
| 186. OXFORD, MI | A | Interest | L | T | | | | | |
| 187. ROCHESTER, MI CSP | B | Interest | N | T | | | | | |
| 188. UTICA, MI GO | A | Interest | N | T | | | | | |
| 189. MI STATE GO ENVIRON | A | Interest | M | T | | | | | |
| 190. | | | | | | | | | |
| 191. ARTSPACE, INC. | A | S-CORP | K | W | | | | | |
| 192. WASHTENAW CO | C | PART | J | U | | | | | |
| 193. COMMERCE CENTER BLDG | | None | J | U | | | | | |
| 194. TALLAHASSEE MALL PARTNERS, LTD. | A | PART | L | U | | | | | |
| 195. VICTORY VALLEY PART | C | PART | K | U | | | | | |
| 196. TPI/MFG INVESTORS LP | | None | K | U | | | | | |
| 197. CHICO MALL PARTNERS | A | PART | L | U | | | | | |
| 198. BROADWAY MALL PARTNERS | A | PART | L | U | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. SOUTH PARK PARTNERS | A | PART | L | U | | | | | |
| 200. MERCURY PAZA SHOPPING CENTER | A | PART | K | U | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

CERTAIN CERIFICATES OF DEPOSIT WERE PURCHASED IN AUGUST OF 2002 THAT ARE DUE
TO MATURE IN AUGUST OF 2005 WERE INADVERTANTLY OMITTED FROM THE 2002 FINANCIAL DISCLOSURE REPORT PART VII.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | COHN, AVERN L | 04/30/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____        Date **SEP 14 2004** _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) COHN, AVERN L | 2. Court or Organization U.S. DISTRICT COURT-MICHIGAN | 3. Date of Report 04/30/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indic te full- or p rt-time) U.S. DISTRICT JUDGE-SENIOR | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/03 to 12/31/03 |
| 7. Chambers or Office Address 219 FEDERAL BUILDING AND U.S. COURTHOUSE DETROIT, MICHIGAN 48226 | 8. On the basis of the information cont ined in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No report ble positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED May 19 10 49 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JP MORGAN CHASE | | None | | | SALE | 1/15 | K | E | |
| 2. AMERICAN INTL GROUP | B | Div | N | T | | | | | |
| 3. BRISTOL MYERS SQUIBB | D | Div | N | T | | | | | |
| 4. INTEL CORP | A | Div | N | T | DONATION | VAR | L | | |
| 5. GILLETE COMPANY | B | Dividend | L | T | | | | | |
| 6. WORLCOMM | | None | | | SALE | 1/16 | J | | |
| 7. ROYAL DUTCH PETROLEUM | D | Div | N | T | DONATION | 12/11 | L | | |
| 8. SCHLUMBERGER, LTD. | C | Div | M | T | DONATION | 12/11 | K | | |
| 9. MERCK & CO. | D | Div | N | T | PARTIAL SALE | 4/10 | K | E | |
| 10. INTERPUBLIC GROUP | | None | M | T | | | | | |
| 11. SIGMA ALDRICH CORP. | B | Dividend | M | T | DONATION | 12/11 | K | | |
| 12. HJ HEINZ COMPANY | C | Dividend | M | T | | | | | |
| 13. KIMBERLY CLARK | D | Dividend | N | T | DONATION | 12/11 | L | | |
| 14. WALT DISNEY CO. | A | Dividend | L | T | | | | | |
| 15. QUALCOMM INC | A | Dividend | L | T | | | | | |
| 16. GATX CORP | | None | | | SALE | 1/15 | K | A | |
| 17. GE | B | Dividend | L | T | PARTIAL SALE | 12/11 | K | A | |
| 18. HONEYWELL INTL | B | Dividend | | | SALE | 10/10 | K | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AMERICAN EXPRESS CORP | A | Dividend | K | T | | | | | |
| 20. ORACLE CORP | | None | K | T | | | | | |
| 21. CORNING INC. | | None | | | SALE | 3/11 | K | D | |
| 22. SUN MICROSYSTEMS | | None | K | T | | | | | |
| 23. CITIGROUP INC. | C | Dividend | L | T | BUY | 12/17 | L | | |
| 24. TIME WARNER INC | | None | L | T | | | | | NAME CHANGE |
| 25. BOEING | B | Dividend | L | T | | | | | |
| 26. CENDANT CORP | | None | | | SALE | 3/11 | K | A | |
| 27. ZIMMER HOLDINGGS | | None | | | SALE | 3/11 | K | E | |
| 28. ARCHER DANIELS MIDLAND | A | Dividend | K | T | | | | | |
| 29. READERS DIGEST ASSN | A | Dividend | | | SALE | 3/11 | K | A | |
| 30. JDS UNIPAHSE | | None | K | T | | | | | |
| 31. RAYTHEON NEW | B | Dividend | L | T | | | | | |
| 32. LIBERTY MEDIA A | | None | L | T | | | | | |
| 33. JOHNSON & JOHNSON | A | Dividend | L | T | | | | | |
| 34. L-3 COMM INC. | | None | | | SALE | 3/11 | K | A | |
| 35. MCDONALDS CORP | A | Dividend | | | SALE | 3/11 | J | A | |
| 36. COCA COLA CO. | B | Dividend | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. IMC GLOBAL INC | A | Dividend | | | SALE | 3/11 | K | A | |
| 38. EMC CORP MA | | None | L | T | | | | | |
| 39. GENENTECH INC. | | None | | | SALE | 3/11 | K | C | |
| 40. MEDTRONICS, INC. | A | Dividend | L | T | | | | | |
| 41. COX COMMUNICATIONS | | None | K | T | | | | | |
| 42. INTERNATIONAL PAPER | B | Dividend | L | T | | | | | |
| 43. PEPSICO | A | Dividend | K | T | | | | | |
| 44. DEL MONTE FOODS | | None | | | SALE | 3/11 | J | C | |
| 45. LOCKHEED MARTIN | A | Dividend | L | T | | | | | |
| 46. DUKE ENERGY | A | Dividend | | | SALE | 12/11 | K | A | |
| 47. GEMSTAR TV GUIDE INTL INC. | | None | J | T | BUY | 2/10 | J | | |
| 48. ONE GRP HIGH YIELD BOND FUND | E | Dividend | N | T | BUY | VAR | M | | |
| 49. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | B | Dividend | L | T | BUY | 3/11 | L | | |
| 50. ISHARES TR MSCI EAFE INX FD | A | Dividend | L | T | BUY | 3/14 | L | | |
| 51. ISHARES TR S&P MIDCAP 400/BARRA VAL | A | Dividend | L | T | BUY | 3/11 | L | | |
| 52. ISHARES S&P MIDCAP 400/BARRA GR IDX | A | Dividend | L | T | BUY | 3/14 | L | | |
| 53. BAXTER INTL | A | Dividend | L | T | BUY | 4/15/ | K | | |
| 54. BAXTER INTL CORP UNIT 7% | C | Dividend | L | T | BUY | 5/7 | K | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. MICROSOFT CORP | A | Dividend | K | T | BUY | 7/17 | K | | |
| 56. SAFEWAY INC | | None | K | T | BUY | 7/17 | K | | |
| 57. NORTHFORK BANCORP | B | Dividend | K | T | BUY | 7/17 | K | | |
| 58. WASHINGTON MUTUAL INC | B | Dividend | K | T | BUY | 10/14 | K | | |
| 59. WACHOVIA CORP | B | Dividend | K | T | BUY | 10/14 | K | | |
| 60. NORTHROP GRUMMAN PFD 7.25% | C | Dividend | L | T | BUY | 10/14 | K | | |
| 61. AMGEN INC | | None | L | T | BUY | 12/17 | L | | |
| 62. PFIZER | B | Dividend | L | T | BUY | 12/17 | L | | |
| 63. CUMMINS INC | B | Dividend | L | T | BUY | 12/17 | L | | |
| 64. EMCOR GROUP INC. | | None | K | T | BUY | 12/17 | K | | |
| 65. ONE GROUP MUN M/M FUND | C | Dividend | N | T | BUY | VAR | P1 | | |
| 66. ONE GROUP MUM M/M FUND | | None | | | SALE | VAR | P1 | A | |
| 67. ONE GROUP MI MUN BOND FUND | D | Dividend | | | SALE | 3/11 | N | F | |
| 68. BANK & TR PR CTF DEP | C | Interest | L | T | BUY | 8/02 | L | | SEE NOTES IN PART VIII |
| 69. CNL BK CTF OF DEP | C | Interest | L | T | BUY | 8/02 | L | | SEE NOTE IN PART VIII |
| 70. COASTAL FED BK CTF OF DEP | C | Interest | L | T | BUY | 8/02 | L | | SEE NOTE IN PART VIII |
| 71. EQUITABLE FED SVGS BK CERT OF DEP | C | Interest | L | T | BUY | 8/02 | L | | SEE NOTE IN PART VIII |
| 72. E*TRADE BK CERT OF DEP | C | Interest | L | T | BUY | 8/02 | L | | SEE NOTE IN PART VIII |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. BELLEVILLE NORTH VENTURE | | None | M | U | | | | | |
| 74. HUNTINGTON GARDEN APTS. | F | Rent | L | U | | | | | |
| 75. HUNTINGTON GARDEN APTS. | A | Interest | | | | | | | |
| 76. LANCASTER HILLS APTS. CO. | A | Interest | M | U | | | | | |
| 77. LANCASTER HILLS APTS. CO. | F | Rent | | | | | | | |
| 78. LONG LAKE-TELEGRAPH RD. | D | Rent | J | U | | | | | |
| 79. FRANKEL-NODLEHS | | None | K | U | | | | | |
| 80. SEAWAY TOWERS | D | Rent | | | | | | | FINAL 2003 |
| 81. BLOOMFIELD VILLAGE SQUARE | B | Int | M | U | | | | | |
| 82. BLOOMFIELD VILLAGE SQUARE | G | Rent | | | | | | | |
| 83. FERRIS PARK TOWERS | E | Rent | L | U | | | | | |
| 84. FERRIS PARK TOWERS | A | Interest | | | | | | | |
| 85. BELLEVILLE NORTH MARSH VENTURE | C | Rent | L | U | | | | | |
| 86. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 87. DIXIE PROPERTIES | E | Rent | | | | | | | |
| 88. BLOOMFIELD PLAZA, LLC | G | Rent | | | | | | | |
| 89. BLOOMFIELD PLAZA, LLC | C | Int | M | U | | | | | |
| 90. GGP LIMITED PARTNERSHIP | G | Rent | P1 | U | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. GGP LIMITED PARTNERSHIP | D | Interest | | | | | | | |
| 92. GGP LIMITED PARTNERSHIP | F | Dividend | | | | | | | |
| 93. AMY JOY VENTURE | A | None | J | U | | | | | |
| 94. EATON NURSERY SALES | E | Rent | K | U | | | | | |
| 95. WOODFORD APT. HOTEL CO. | C | Rent | K | U | | | | | |
| 96. GR MEADOWBROOK PROPERTIES, LLC | | None | L | U | | | | | |
| 97. NORTH HILL CENTER, LLC | F | Rent | L | U | | | | | |
| 98. BLOOMFIELD PLAZA II LLC | A | Interest | J | U | | | | | |
| 99. BLOOMFIELD PLAZA II LLC | F | Rent | | | | | | | |
| 100. HOLLY RESIDENTIAL LP | G | PART | M | U | | | | | |
| 101. THE THING ABOUT MEN LTD PART | A | Interest | J | U | BUY | 2003 | J | | |
| 102. BRANDON LONG LAKE LTD PART | | None | M | U | BUY | 2003 | M | | |
| 103. CEDAR SPRINGS, MI PUBLIC SCHOOLS | D | Interest | M | T | | | | | |
| 104. LIVINGSTON COUNTY MI BOND | D | Interest | | | REDEMPTION | 4/1 | N | A | |
| 105. MI STATE BLDG AUTH | D | Interest | | | REDEMPTION | 10/1 | N | A | |
| 106. LANSE CREUSE PUB SCHOOLS | D | Interest | M | T | | | | | |
| 107. MI STATE HOSP FIN AUTH | D | Interest | N | T | | | | | |
| 108. MARICOPA CO ARIZONA | D | Interest | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)   U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. GLOUCESTER MA GO | D | Interest | M | T | | | | | |
| 110. OAKLAND COUNTY MI | D | Interest | N | T | | | | | |
| 111. ALMA, MI PUB SCHOOLS | D | Interest | M | T | | | | | |
| 112. YPSILANTI, MI | D | Interest | M | T | | | | | |
| 113. WHITE CLOUD, MI | D | Interest | M | T | | | | | |
| 114. MI STATE TRUNK LINE HOSP FIN AUTH | D | Interest | N | T | | | | | |
| 115. LANSING, MI | D | Interest | | | REDEMP TION | 5/1/ | M | A | |
| 116. MUSKEGON HTS, MI | D | Interest | N | T | | | | | |
| 117. TECUMSEH, MI SCHOOLS | D | Interest | M | T | | | | | |
| 118. MANISTEE MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 119. LAKEVIEW MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 120. HURON MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 121. ELK RAPIDS, MI SCHOOLS BOND | C | Interest | N | T | BUY | 3/26 | N | | |
| 122. GRAND RAPIDS & KENT CNTY, MI BOND | D | Interest | N | T | BUY | 4/16 | N | | |
| 123. CANTON CHARTER TWP, MI BOND | D | Interest | N | T | BUY | 3/27 | N | | |
| 124. LAKE ORION, MI SCHOOLS BOND | D | Interest | N | T | BUY | 4/17 | N | | |
| 125. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 126. 20% INT.-LAND-CHARLEVOIX, MI | | None | | | DONATE D | 5/22 | N | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 127. ███████ HOLDINGS: | | | | | | | | | |
| 128. EXXON/MOBIL CORP | B | Dividend | L | T | | | | | |
| 129. GE | C | Dividend | M | T | | | | | |
| 130. INTEL CORP | A | Div | M | T | | | | | |
| 131. SCHERING PLOUGH | B | Div | K | T | | | | A | |
| 132. MICROSOFT CORP. | | None | K | T | | | | | |
| 133. AMERICAN INTL GRP | A | Dividend | J | T | | | | | |
| 134. IBM | A | Dividend | K | T | | | | | |
| 135. PFIZER | B | Dividend | M | T | | | | | |
| 136. VIACOM B | | None | K | T | | | | | |
| 137. WAL MART | A | Dividend | K | T | | | | | |
| 138. FLEETBOSTON FINANCIAL | A | Dividend | K | T | | | | | |
| 139. AT&T | A | Dividend | J | T | | | | | |
| 140. PROCTER & GAMBLE | A | Dividend | K | T | | | | | |
| 141. GILLETTE | A | Dividend | K | T | | | | | |
| 142. NY TIMES CLA | A | Dividend | K | T | | | | | |
| 143. HSBC HOLDINGS PLC | | None | K | T | | | | | |
| 144. WRIGLEY | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. DELL | | None | J | T | | | | | |
| 146. WELLS FARGO | A | Dividend | J | T | | | | | |
| 147. ASTRA ZENECA PLC | | None | J | T | | | | | |
| 148. HERSHEY FOODS CORP | A | Dividend | K | T | | | | | |
| 149. 3M | A | Dividend | K | T | | | | | |
| 150. CATERPILLAR | A | Dividend | K | T | | | | | |
| 151. HOUSEHOLD INTL | | None | J | T | | | | | |
| 152. LOCKHEED MARTIN | A | Dividend | K | T | | | | | |
| 153. AMGEN | | None | J | T | | | | | |
| 154. DIEBOLD | | None | K | T | | | | | |
| 155. EMC CORP | | None | J | T | | | | | |
| 156. JABIL CIRCUIT | | None | J | T | | | | | |
| 157. TEXAS INSTRUMENTS | | None | K | T | | | | | |
| 158. EI DUPONT | A | Dividend | J | T | | | | | |
| 159. STARBUCKS CORP | | None | J | T | | | | | |
| 160. FEDEX | A | Dividend | K | T | | | | | |
| 161. WAYNE COUNTY, MI AIRPORT | C | Interest | L | T | | | | | |
| 162. ROMULUS, MI SCHOOLS | D | Interest | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. MI STATE TRUNK LINE | D | Interest | M | T | | | | | |
| 164. MI MUN BOND AUTH | B | Int | K | T | | | | | |
| 165. ANN ARBOR, MI DEV | B | Int | K | T | | | | | |
| 166. MARQUETTE, MI PUBLIC SCHOOLS | C | Interest | L | T | | | | | |
| 167. HOWELL, MI PUBLIC SCHOOLS | B | Interest | K | T | | | | | |
| 168. DEXTER MI SCHOOLS | C | Interest | K | T | | | | | |
| 169. MI STATE BLDG AUTH | C | Interest | L | T | | | | | |
| 170. MI STATE BLDG AUTH | D | Interest | M | T | | | | | |
| 171. FERNDALE, MI SCHOOLS | B | Interest | K | T | | | | | |
| 172. CRAWFORD AUSABLE MI SCHOOLS | D | Interest | M | T | | | | | |
| 173. GREENVILLE MI SCHOOLS | D | Interest | M | T | | | | | |
| 174. HOLT MI SCHOOLS | D | Interest | M | T | | | | | |
| 175. ROCHESTER MI SCHOOLS | D | Interest | M | T | | | | | |
| 176. LANSING, MI SCHOOLS | D | Interest | M | T | | | | | |
| 177. MI STATE GO | | None | M | T | | | | | |
| 178. DETROIT, MI WATER | | None | J | T | | | | | |
| 179. MI STATE(PRERFD) | A | Interest | L | T | | | | | |
| 180. PUERTO RICO | A | Interest | M | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. MI STATE HOSP | A | Interest | J | T | | | | | |
| 182. DETROIT, MI SEWER | | None | K | T | | | | | |
| 183. MI STATE GO | A | Interest | N | T | | | | | |
| 184. PUERTO RICO HWY | B | Interest | M | T | | | | | |
| 185. OXFORD, MI | A | Interest | L | T | | | | | |
| 186. ROCHESTER, MI CSP | B | Interest | N | T | | | | | |
| 187. UTICA, MI GO | A | Interest | N | T | | | | | |
| 188. MI STATE GO ENVIRON | A | Interest | M | T | | | | | |
| 189. | | | | | | | | | |
| 190. ARTSPACE, INC. | A | S-CORP | K | W | | | | | |
| 191. WASHTENAW CO | C | PART | J | U | | | | | |
| 192. COMMERCE CENTER BLDG | | | J | U | | | | | |
| 193. TALLAHASSEE MALL PARTNERS, LTD. | A | PART | L | U | | | | | |
| 194. VICTORY VALLEY PART | C | PART | K | U | | | | | |
| 195. TPI/MFG INVESTORS LP | | None | K | U | | | | | |
| 196. CHICO MALL PARTNERS | A | PART | L | U | | | | | |
| 197. BROADWAY MALL PARTNERS | A | PART | L | U | | | | | |
| 198. SOUTH PARK PARTNERS | A | PART | L | U | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199.  MERCURY PAZA SHOPPING CENTER | A | PART | K | U | | | | | |

1. Income/Gain Codes:      A  = $1,000 or less       B  = $1,001-$2.500       C  = $2,501-$5,000       D  = $5,001-$15,000       E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000    G  = $100,001-$1,000,000   H1  = $1,000,001-$5,000,000   H2  = More than $5,000,000
2. Value Codes:            J  = $15,000 or less     K  = $15,001-$50,000     L  = $50,001-$100,000    M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1  = $1,000,001-$5,000,000   P2  = $5,000,001-$25,000,000
                            P3  = $25,000,001-$50,000,000                       P4  = $More than $50,000,000
3. Value Method Codes      Q  = Appraisal           R  = Cost (Real Estate Only)   S  = Assessment       T  = Cash/Market
   (See Column C2)          U  = Book Value          V  = Other               W  = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | COHN, AVERN L | 04/30/04 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

CERTAIN CERIFICATES OF DEPOSIT WERE PURCHASED IN AUGUST OF 2002 THAT ARE DUE
TO MATURE IN AUGUST OF 2005 WERE INADVERTANTLY OMITTED FROM THE 2002 FINANCIAL DISCLOSURE REPORT PART VII.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | COHN, AVERN L | 04/30/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date _____ 5/10/04 _____

AVERN COHN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544